**Order entered December 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01429-CR

**ALEXANDER LEE GRUBBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2013-2-0637**

## ORDER

The Court **GRANTS** court reporter Tammy Allen's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Allen to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

/s/    ADA BROWN
       JUSTICE